

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-18-00975-CV

**IN RE** Abelardo G. **GONZALES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

On January 7, 2019, relator filed a petition for writ of mandamus complaining the trial court had not set for hearing or ruled on a motion he filed with the court in mid-November 2018. On January 16, 2019, this court denied relator's petition because the motion had been pending before the trial court for only about two months. On January 31, 2019, relator filed a motion for rehearing, again complaining of the trial court's refusal to set his motion for a hearing or rule on the motion. On March 4, 2019, this court issued an order requesting a response from the respondent by March 19, 2019. On April 1, 2019, the respondent filed a letter with this court requesting a sixty-day extension of time "to complete the court's findings . . . ." We granted the request and respondent's response was due no later than May 20, 2019.

On May 21, 2019, the trial court requested an additional thirty days in which to file a response. In its request for additional time, the trial court stated "[a] hearing was held on May 3, 2019, which resulted in all motions [being] resolved." We GRANT the request for additional. Respondent's response, any written order(s) signed by the trial court ruling on relator's pending motion(s), and the supplemental clerk's record and reporter's record from the May 3, 2019 hearing are due **no later than June 19, 2019**.

No further requests for additional time will be considered.

It is so **ORDERED** on May 24, 2019.

---

[1] This proceeding arises out of Cause No. 2017 FLI 001815 C3, styled *In the Interest of M.A.G. and Z.A.G., Children*, pending in the County Court at Law No 2, Webb County, Texas, the Honorable Missy Medary presiding.

PER CURIAM

ATTESTED TO:

Keith E. Hottle,
Clerk of Court

